EXHIBIT A


SUBJECT DESIGN

**Subject Design**

Design Glitter Boots Frog

Registration Number VA 2-393-688



EXHIBIT A